**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**Demetrious Walker,**

**Petitioner,**

**v.**

**State of Ohio,**

**Respondent.**

**Case No. 2:26-cv-446**

**Judge Michael H. Watson**

**Magistrate Judge Bowman,**

## ORDER

The Magistrate Judge issued a Report and Recommendation ("R&R") that recommends dismissing the pending petition for a writ of habeas corpus ("Petition") without prejudice for failure to exhaust state-court remedies. R&R, ECF No. 18. The R&R notified Demetrious Walker ("Petitioner") of his right to object to that recommendation and of the consequences of failing to do so. *Id.* at 3–4. Petitioner did not object.

Accordingly, the Court **ADOPTS** the R&R without conducting a *de novo* review. The Court **DISMISSES** the Petition **WITHOUT PREJUDICE** for failure to exhaust available state-court remedies. The Court further **DECLINES** to issue a certificate of appealability. Finally, the Court **CERTIFIES** pursuant to 28 U.S.C. § 1915(a)(3) and Federal Rule of Appellate Procedural 24(a) that any appeal would not be taken in good faith and **DENIES** leave to appeal *in forma pauperis*.

The Clerk shall enter judgment and terminate this case.

**IT IS SO ORDERED.**

Michael H. Watson

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**